**O**

1
2
3
4
5
6
7
8
9
10

# United States District Court
# Central District of California

11  TIMOTHY MOYER et al.

12                    Plaintiffs,

13          v.

14  J.P. MORGAN CHASE BANK, N.A.,

15                    Defendant.

16

Case № 5:23-cv-00998-ODW (SHKx)

**ORDER DENYING MOTION TO DISMISS AS MOOT [13]**

17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28

On September 1, 2023, Defendant J.P. Morgan Chase Bank, N.A. served Plaintiffs Timothy Robert Moyer and Phyllis Rae Wright with a Federal Rule of Civil Procedure 12(b)(6) motion to dismiss in this case.  (ECF No. 13.)  On September 26, 2023, Plaintiffs filed a First Amended Complaint, twenty-one days after Defendant filed its motion.  (ECF No. 19.)  Federal Rule of Civil Procedure 15(a)(1) allows Plaintiffs to file an amended complaint once as a matter of course within twenty-one days of service with a Rule 12(b) motion.  Therefore, Plaintiffs' amended complaint was authorized.  As the pending motion to dismiss was based on a complaint that is no longer operative, the motion is **DENIED** as **MOOT**.  *See Ramirez v. Cnty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015).

**IT IS SO ORDERED.**

September 27, 2023

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**